# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA LEIGH FROOM, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, <br>Commissioner of Social Security <br><br> Defendant. | CASE NO. 12-CV-276 JLS (DHB) <br><br> **ORDER: (1) ADOPTING REPORT AND RECOMMENDATION; (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> (ECF Nos. 21, 24, 26) |

Presently before the Court are cross motions for summary judgment by Plaintiff Tanya Leigh Froom ("Plaintiff") and Defendant Michael J. Astrue, Commissioner of Social Security ("Defendant"). ("Pl.'s MSJ, ECF No. 21; Def.'s MSJ, ECF No. 24.) Also before the Court is a Report and Recommendation ("R&R") from Magistrate Judge David H. Bartick advising the Court to grant Plaintiff's motion for summary judgment and to deny Defendant's motion for summary judgment. (R&R, ECF No. 26.) Neither party has filed objections to the R&R.

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties in connection with a magistrate judge's R&R. The district court must "make a de novo determination of those portions of the report to which objection

is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)).

Here, neither party has filed timely objections to Magistrate Judge Bartick's R&R. Having reviewed the R&R, the Court finds that it is thorough, well reasoned, and contains no clear error. Accordingly, the Court hereby (1) **ADOPTS** Magistrate Judge Bartick's R&R (ECF No. 26), (2) **GRANTS** Plaintiff's motion for summary judgment (ECF No. 21); and (3) **DENIES** Defendant's motion for summary judgment (ECF No. 24). For the reasons stated in the R&R, which are incorporated herein by reference, the Court **REMANDS** the case to the Social Security Administration for further proceedings consistent with the R&R. Upon remand, the Clerk of Court shall close the district court action.

**IT IS SO ORDERED**.

DATED: July 17, 2013

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge